IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DENNIS MAYES, ID # 14074220, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | No. 3:15-CV-3424-M-BH |
| ) | |
| LUPE VALDEZ, et al., ) | |
| Defendants. ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

By separate judgment, the plaintiff's claims will be **DISMISSED** with prejudice under 28 U.S.C. § 1915(e)(2) and § 1915A(b) for failure to state a claim.

**SIGNED** this 13th day of September, 2017.

BARBARA M. G. LYNN
CHIEF JUDGE